# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SAVERS PROPERTY & CASUALTY INSURANCE COMPANY | |
| Plaintiff, | CAUSE NO. 1:21-cv-01802-MJD-TWP |
| v. | |
| ROCKHILL INSURANCE COMPANY; NAUTILUS INSURANCE COMPANY; CLARK-FLOYD LANDFILL, LLC; | |
| Defendants. | |

## DEFENDANT, COUNTERCLAIM PLAINTIFF, AND CROSS-CLAIM PLAINTIFF CLARK-FLOYD LANDFILL, LLC'S FINAL WITNESS LIST

As required by the Case Management Plan, (Doc. 54, at 6, §III.I), Defendant, Counterclaim Plaintiff, and Cross-Claim Plaintiff Clark-Floyd Landfill, LLC ("CFL") submits the following witness list, reflecting the specific potential witnesses it may call at a trial in this case.

1. **Robert E. Lee**

President, Clark-Floyd Landfill, LLC

Synopsis of expected testimony: Mr. Lee will testify in his capacity as the leading principal of CFL. He will explain CFL's limited role in the landfill's long history and what CFL has done since it took over as the operator in 2003-04. He was and is responsible for supervising CFL's defense in the underlying action, and will testify what CFL has done to defend itself, including why, in his business judgment, the fees incurred in the underlying action were reasonable. He will also testify about the insurers' lengthy delay in providing an effective defense to CFL and about CFL's financial circumstances.

2.     **Matthew Lee**

Vice President of Operations, Clark-Floyd Landfill, LLC

<u>Synopsis of expected testimony.</u> Matthew Lee will testify about the on-the-ground operations of the landfill. His testimony will include discussion of the alleged source and extent of the odors, and what CFL has done to respond to and mitigate those alleged odor issues.

3.     **Bruce O. Schmucker, P.E.**

Vice President of Engineering & Environmental Affairs, Clark-Floyd Landfill, LLC

<u>Synopsis of expected testimony.</u> Mr. Schmucker is a licensed Professional Engineer and will testify about any technical aspects of the landfill necessary at trial. These subjects may include, but are not limited to, the operation of the landfill's general design, Gas Collection & Control System, and Leachate Management System. He will also testify about the technical and scientific aspects of CFL's odor testing and odor mitigation processes. He will also testify about the landfill's relationship with IDEM, including permitting, inspections, and compliance responses.

4.     **Michael Harris, P.E., or other representative of JTL.**

Jacobi, Toombs & Lanz

<u>Synopsis of expected testimony.</u> Mr. Harris is an engineer at Jacobi, Toombs & Lanz, the engineering firm responsible for the landfill's original design, expansions, and environmental compliance from its construction in the 1970s to approximately 2016. If necessary to show that the Professional Services exclusion does not apply to the odor claims, Mr. Harris or another representative with knowledge will testify about these issues.

5.     **Ricky Gonzalez, Yvonne Gonzalez, Robert Scoles, and Tamara Scoles**

<u>Synopsis of expected testimony.</u> The Gonzalezes and the Scoleses are the Class Representatives in the underlying case and will testify about the nature of the Class's claims, injuries, and damages.

6.     **Linda Sparks**

Administrative Professional, Clark-Floyd Landfill, LLC

<u>Synopsis of expected testimony.</u> Ms. Sparks will testify about receiving and paying the defense invoices for the underlying case.

7.   **Tracy Porter**

Accounts Receivable Specialist, Plews Shadley Racher & Braun LLP

<u>Synopsis of expected testimony.</u> Ms. Porter will testify about the issuance, collection, and allocation of payments on CFL's defense invoices, including the billing and receipt of payment from Savers.

8.   **Insurer Representatives – yet to be identified**

<u>Synopsis of expected testimony.</u> Authorized representatives of Savers Property & Casualty Company, Nautilus Insurance Company, and Rockhill Insurance Company will testify about the authenticity and issuance of the insurance policies at issue in this case. These witnesses have not yet been identified by CFL.

9.   **Any witness listed on any other party's Final Witness List**

<u>Synopsis of expected testimony.</u> CFL reserves the right to call any witness disclosed on any other party's final witness list.

10.   **Any witness necessary for impeachment**

<u>Synopsis of expected testimony.</u> CFL reserves the right to call any witness necessary for impeachment of another party's witness.

11.   **Damages expert – yet to be identified**

<u>Synopsis of expected testimony.</u> Damages discovery does not close until September 2022. Concurrently with the filing of this witness list, CFL is seeking a short extension to disclose the identity of an expert who will testify about the reasonableness of fees charged by CFL's counsel to defend the underlying action.

CFL will supplement these disclosures as discovery continues and as the case develops and to the extent permitted by law and the Case Management Plan.

Respectfully Submitted,

/s/ *Christopher E. Kozak*
Amy E. Romig
Jeffrey D. Featherstun
Christopher E. Kozak
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
Fax: 317.637.0710
aromig@psrb.com

        jfeather@psrb.com
        ckozak@psrb.com

*Attorneys for Defendant, Counterclaim Plaintiff, and Cross-Claim Plaintiff Clark-Floyd Landfill, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2022, a copy of the foregoing was served on the following parties electronically by via email.

Colleen A. Beverly
Henry T. LeFevre-Snee
CLAUSENMILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603
cbeverly@clausen.com
hlefevresnee@clausen.com

Dale W. Eikenberry
Lauren E. Dimmitt
DINSMORE & SHOHL LLP
211 N. Pennsylvania
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Dale.Eikenberry@dinsmore.com
Lauren.Dimmitt@dinsmore.com

Kimbley A. Kearney
CLAUSENMILLER, P.C.
200 Commerce Square
Michigan City, IN 46360
kkearney@clausen.com

Kyle A. Lansberry
Edmund L. Abel
LEWISWAGNER, LLP
1411 Roosevelt Avenue,
Suite 102
Indianapolis, IN 46201
eabel@lewiswagner.com
klansberry@lewiswagner.com

Sergio Bueno
CLYDE & CO LLP
1221 Brickell Avenue,
Suite 1600
Miami, FL 33131
Sergio.Bueno@clydeco.us

/s/ *Christopher E. Kozak*