# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SAVERS PROPERTY & CASUALTY INSURANCE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>ROCKHILL INSURANCE COMPANY; NAUTILUS INSURANCE COMPANY; CLARK-FLOYD LANDFILL, LLC; RICKY GONZALEZ, YVONNE GONZALEZ, ROBERT SCOLES, and TAMARA SCOLES, on behalf of themselves and others similarly situated,<br><br>    Defendants. | CAUSE NO. 1:21-cv-01802-MJD-TWP |

## DEFENDANT, COUNTERCLAIM PLAINTIFF, AND CROSS-CLAIM PLAINTIFF CLARK-FLOYD LANDFILL, LLC'S FINAL EXHIBIT LIST

As required by the Case Management Plan, (Doc. 54, at 6, §III.I), Defendant, Counterclaim Plaintiff, and Cross-Claim Plaintiff Clark-Floyd Landfill, LLC ("CFL") submits this final exhibit list. At this time, CFL cannot identify all documents and exhibits it expects to use at trial in this matter, but it sets forth a list of documents (or categories of documents) that CFL believes will likely be required to prove its claims in this case. CFL notes that this is an insurance-coverage case, and such cases are frequently disposed of on summary judgment without need for trial. CFL will supplement these disclosures as discovery continues.

1. Copies of all insurance policies sold to CFL by the insurers named in CFL's counter-claim and cross-claim;
2. Copies of all invoices billed to CFL and/or its defending insurers related to the underlying litigation;
3. Copies of all written correspondence between CFL and any insurer named in CFL's counter-claim and cross-claim;
4. Copies of any payment ledgers or account records maintained by CFL's defense counsel relating to the underlying case;
5. Copies of checks issued by CFL or any insurer to CFL's defense counsel;
6. Any documents or exhibits produced, disclosed, designated, or offered by any party in this action or listed in any party's disclosures;
7. Any documents generated by, addressed to, or relating to any regulatory agency, including but not limited to the Indiana Department of Environmental Management, that involve the Clark-Floyd Landfill;
8. All pleadings filed in the underlying litigation;
9. All pleadings filed in this litigation;
10. All documents or exhibits filed, listed, or offered into evidence in the (yet to be tried) underlying litigation;
11. All documents or exhibits filed, listed, or offered into evidence in this litigation;
12. Demonstrative exhibits not yet identified relating to the general function and operation of the landfill; and
13. Any exhibits necessary for impeachment.

CFL will supplement these disclosures as discovery continues and as the case develops as permitted by law and the Case Management Plan.

Respectfully Submitted,

/s/ *Christopher E. Kozak*
Amy E. Romig
Jeffrey D. Featherstun
Christopher E. Kozak
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
Fax: 317.637.0710
aromig@psrb.com
jfeather@psrb.com
ckozak@psrb.com

*Attorneys for Defendant, Counterclaim Plaintiff, and Cross-Claim Plaintiff Clark-Floyd Landfill, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2022, a copy of the foregoing was served on the following parties electronically by via email.

Colleen A. Beverly
Henry T. LeFevre-Snee
CLAUSENMILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603
cbeverly@clausen.com
hlefevresnee@clausen.com

Dale W. Eikenberry
Lauren E. Dimmitt
DINSMORE & SHOHL LLP
211 N. Pennsylvania
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Dale.Eikenberry@dinsmore.com
Lauren.Dimmitt@dinsmore.com

Kimbley A. Kearney
CLAUSENMILLER, P.C.
200 Commerce Square
Michigan City, IN 46360
kkearney@clausen.com

Kyle A. Lansberry
Edmund L. Abel
LEWISWAGNER, LLP
1411 Roosevelt Avenue,
Suite 102
Indianapolis, IN 46201
eabel@lewiswagner.com
klansberry@lewiswagner.com

Sergio Bueno
CLYDE & CO LLP
1221 Brickell Avenue,
Suite 1600
Miami, FL 33131
Sergio.Bueno@clydeco.us

/s/ *Christopher E. Kozak*