UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAVERS PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:21-cv-01802-MJD-TWP ) |
| ROCKHILL INSURANCE COMPANY, et al., | ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

The Parties: Plaintiff, Defendants, Counter-Claimant, Counter-Defendant, Cross-Claimant and Cross-Claim Defendants now stipulate and show the Court as follows:

1. This Stipulation is being filed to respond to and comply with the Court's Order of October 14, 2022 (Dkt. 153), CFL's Notice of Additional Pending Matters filed October 24, 2022 (Dkt. 155) and the Minute Entry of October 26, 2022 (Dkt. 156), to advise the Court that the identified remaining outstanding issues (see Order, Dkt. 153 at 18) not ruled upon by that Order and additional issues raised by CFL's Notice have now been resolved.

2. Plaintiff Savers' claim for contribution and money judgment against Defendant Rockhill has been fully compromised and settled.

3. Cross-Claimant CFL's claims against Cross-Claim Defendants Rockhill and Nautilus seeking unpaid defense costs at standard billing rates charged by CFL's class-action defense counsel over and above billing rates Savers agreed to pay which have not been paid by Savers for defense costs prior to November 1, 2022; prejudgment interest on defense costs incurred by CFL defending against the class-action lawsuit, and certain defense costs for

#28164000v1

attorneys' time incurred by CFL which was not paid by Savers prior to November 1, 2022 have been fully compromised and settled.

4. This dismissal does not impact any future claims that are not yet ripe as outlined in the Court's October 14, 2022 Order on the parties motions for summary judgment.

5. The Parties stipulate that the above-referenced claims shall now be dismissed with prejudice and the Court may proceed to make the Order of October 14, 2022 (Dkt. 153) final.

WHEREFORE, the Parties pray that the Court enter an Order of Dismissal with Prejudice as tendered as to these claims.

Respectfully submitted,

/s/ Colleen A. Beverly
Colleen A. Beverly
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603
cbeverly@clausen.com

Kimbley A. Kearney
CLAUSEN MILLER, P.C.
200 Commerce Square
Michigan City, IN 46360
kkearney@clausen.com
*Counsel for Savers Property & Casualty Insurance Company*

/s/ Sergio A. Bueno
Sergio A. Bueno
CLYDE & CO US LLP
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Sergio.Bueno@clydeco.us

/s/ Dale W. Eikenberry
Dale W. Eikenberry, #6670-49
DINSMORE & SHOHL LLP
211 N. Pennsylvania
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Dale.Eikenberry@Dinsmore.com
*Counsel for Rockhill Insurance Company*

/s/ Christopher Edward Kozak
Christopher Edward Kozak
Amy E. Romig
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202
ckozak@psrb.com
aromig@psrb.com
*Counsel for Clark-Floyd Landfill, LLC*

#28164000v1

Edmund Leonard Abel
Kyle Andrew Lansberry
LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
(317) 506-6951 – phone
(317) 630-2790 – fax
eabel@lewiswagner.com
klansberry@lewiswagner.com
*Counsel for Nautilus Insurance Company*

#28164000v1

## CERTIFICATE OF SERVICE

I certify that on January 27, 2023, a copy of the foregoing was filed electronically. I also certify that the foregoing was served electronically through the Federal E-Filing System upon the following:

Kimbley A. Kearney
kkearney@clausen.com

Colleen A. Beverly
cbeverly@clausen.com

Edmund Leonard Abel
eabel@lewiswagner.com

Kyle Andrew Lansberry
klansberry@lewiswagner.com

Christopher Edward Kozak
ckozak@psrb.com

Amy E. Romig
aromig@psrb.com

Sergio A. Bueno
Sergio.Bueno@clydeco.us

                                                */s/ Dale W. Eikenberry*
                                                Dale W. Eikenberry

#28164000v1