UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SAVERS PROPERTY & CASUALTY           )
INSURANCE COMPANY,                   )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )     No. 1:21-cv-01802-MJD-TWP
                                     )
ROCKHILL INSURANCE COMPANY, et al.,  )
                                     )
          Defendants.                )

**FINAL JUDGMENT**

The Court, having entered its Order on the motion for judgment on the pleadings filed by

Savers Property & Casualty Insurance Company ("Savers"), Rockhill Insurance Company's

("Rockhill") Motion for Summary Judgment, Clark-Floyd Landfill, LLC's ("CFL") Motion for

Partial Summary Judgment, and Nautilus Insurance Company's ("Nautilus") Motion to Dismiss,

and the parties having resolved the remaining claims among themselves, judgment is hereby

entered as follows:

1. Declaratory judgment is entered in favor of Savers on Count I of its Second Amended

Complaint against Rockhill as follows: Rockhill is obligated to defend CFL in *Gonzales et al v.*

*Clark-Floyd Landfill, LLC*, Case No. 10D06-1608-CT-000131 ("Underlying Lawsuit"), and

Rockhill is obligated to reimburse Savers for Rockhill's pro rata share of defense costs Savers

has paid to date in the Underlying Lawsuit;

2. Declaratory judgment is entered in favor of CFL on its crossclaim against Rockhill as

follows: Rockhill has a duty to defend CFL in the Underlying Lawsuit;

3. CFL's counterclaim for declaratory judgment that Savers has a duty to indemnify it in the Underlying Litigation is **DISMISSED WITHOUT PREJUDICE**;

4. CFL's counterclaim against Savers seeking a declaration that Savers has a duty to defend CFL in the Underlying Litigation is **DISMISSED WITHOUT PREJUDICE**;

5. Count I of CFL's crossclaims against Nautilus and Rockhill for breach of contract seeking payment of outstanding defense costs is **DISMISSED WITHOUT PREJUDICE**;

6. CFL's claim in Count II of its crossclaims for declaratory judgment that Rockhill and Nautilus have a duty to indemnify it in the Underlying Litigation is **DISMISSED WITHOUT PREJUDICE**;

7. CFL's claim in Count II of its crossclaim against Nautilus for a declaration that Nautilus has a duty to defend CFL in the Underlying Litigation is **DISMISSED WITHOUT PREJUDICE**.

All remaining claims, counterclaims, and crossclaims in this case are **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Dated:  3 FEB 2023

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

CLERK OF COURT; Roger A.G. Sharpe

BY: _____
Deputy Clerk

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.